*State, Respondent, v. Medina, Petitioner*, No. 93498-3. Petition for review of a decision of the Court of Appeals, No. 33417-1-III, July 26, 2016, 195 Wn. App. 1020. *Denied* December 7, 2016.

*State, Respondent, v. Bentley, Petitioner*, No. 93502-5. Petition for review of a decision of the Court of Appeals, No. 73262-5-I, July 25, 2016, 195 Wn. App. 1013. *Denied* December 7, 2016.

*State, Respondent, v. Jackson, Petitioner*, No. 93504-1. Petition for review of a decision of the Court of Appeals, No. 72944-6-I, March 14, 2016, 192 Wn. App. 1074. Petitioner's petition for review *denied* and review of issues raised by respondent *denied* December 7, 2016.

*State, Respondent, v. Barnes, Petitioner*, No. 93510-6. Petition for review of a decision of the Court of Appeals, Nos. 47611-8-II, 47171-0-II, and 47621-5-II, July 19, 2016, 195 Wn. App. 1008. *Denied* December 7, 2016.

*State, Respondent, v. Wiebe, Petitioner*, No. 93512-2. Petition for review of a decision of the Court of Appeals, No. 47057-8-II, July 26, 2016, 195 Wn. App. 252. *Denied* December 7, 2016.

*State, Respondent, v. Dezhnyuk, Petitioner*, No. 93516-5. Petition for review of a decision of the Court of Appeals, No. 33041-9-III, July 28, 2016, 195 Wn. App. 1021. *Denied* December 7, 2016.

*State, Respondent, v. Borders, Petitioner*, No. 93517-3. Petition for review of a decision of the Court of Appeals, No. 73297-8-I, June 20, 2016, 194 Wn. App. 1036. *Denied* December 7, 2016.

*State, Respondent, v. Williams, Petitioner*, No. 93518-1. Petition for review of a decision of the Court of Appeals, No. 72812-1-I, June 13, 2016, 194 Wn. App. 1027. *Denied* December 7, 2016.